# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **Booth Environmental Sales & Service, LLC** P.O. Box 728 Wilburton, OK 74578 | | Trade debt | | | | $333,090.45 |
| **Blackjack Construction, LLC** P.O. Box 31 Perkins, OK 74059 | | Trade debt | | | | $280,409.48 |
| **McAda Drilling Fluids, Inc.** P.O. Box 1080 Bay City, TX 77404 | | Trade debt | | | | $130,589.65 |
| **King's Well Service, LLC** 4008 W. Doolin Ave. Blackwell, OK 74631 | | Trade debt | | | | $122,708.74 |
| **First Oilfield Supply, LLC** 22951 Independence Morrison, OK 73061 | | Trade debt | | | | $51,703.40 |
| **Repsole E&P USA, Inc.** 2455 Technology Forest Blvd., #3000 The Woodlands, TX 77381 | | Trade debt | | | | $40,744.10 |
| **Sabine Pipe, Inc.** 1108 N. Kilgore St. Kilgore, TX 75662 | | Trade debt | Disputed | | | $37,865.32 |
| **Citation Oil & Gas Corp.** P.O. Box 200206 Dallas, TX 75320 | | Trade debt | | | | $36,082.31 |
| **K & W Well Service, Inc.** P.O. Box 511 Cushing, OK 74023 | | Trade debt | Disputed | | | $33,840.00 |

| Debtor | Red Fork (USA) Investments, Inc. | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JM Backhoe Services, Inc. address unknown** | | **Trade debt** | | | | $30,802.52 |
| **Panhandle Oilfield Service 14000 Quail Springs Pkwy., #300 Oklahoma City, OK 73134** | | **Trade debt** | | | | $26,180.00 |
| **K3, LLC P.O. Box 1029 Enid, OK 73702** | | **Trade debt** | | | | $20,030.28 |
| **Hough Haulin, Inc. P.O. Box 1186 Cushing, OK 74023** | | **Trade debt** | | | | $18,392.00 |
| **Eagle Pump & Supply, LLC P.O. Box 511 Cleveland, OK 74020** | | **Trade debt** | | | | $16,221.56 |
| **Quinn Pumps, Inc. P.O. Box 677347 Dallas, TX 75267** | | **Trade debt** | | | | $8,347.20 |
| **Caprock Plungers, LLC P.O. Box 223 Cordell, OK 73632** | | **Trade debt** | | | | $7,822.80 |
| **Contractors Oilfield Service & Supply 301 S. 5th Tonkawa, OK 74653** | | **Trade debt** | | | | $7,813.05 |
| **GE Oil & Gas Pressure Control address unknown** | | **Trade debt** | | | | $5,390.85 |
| **Ambrose Construction & Roustabout Servic P.O. Box 189 Perkins, OK 74059** | | **Trade debt** | | | | $2,602.50 |
| **Davis Pipe Testing P.o. Box 270 Cleveland, OK 74020** | | **Trade debt** | | | | $582.50 |